James R. McDonald, Jr.
State Bar Number 013604
**McDonald Law Offices, PLLC**
1907 E. Broadway Road, Suite 1
Tempe, AZ 85282-1768
480-968-3100
Fax 480-968-7910
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT, DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| Cathy Ross, | Case No. 2:20-bk-01141-DPC |
| Debtor. | **MOTION TO INCUR DEBT** |

1. Debtor, Cathy Ross, through the undersigned counsel, moves this court for its order allowing her to incur debt. In support thereof, Debtor states:

   1. The debtor has entered into a contract with Mark Mitsubishi to purchase a 2020 Mitsubishi Outlander. A copy of the Vehicle Buyers Order is attached as EXHIBIT A. As indicated in the order, the purchase price of the vehicle, including Doc Fee, tax and license fee is $22,907.73. The interest rate will be 17%. The monthly payments will be $510.00 for a period of 72 months.

   2. The Trustee's Case Status Report reflects that the debtor is current with the Chapter 13 Plan payments.

   3. The debtor is not in default under any terms of the Chapter 13 Plan.

4. Schedules I & J were filed on 2/3/2020. The debtors budget reflects that the debtor can afford the payments on the vehicle loan and that she will be able to continue to make the Chapter 13 Plan payments to the Trustee.

5. The debtor is employed. She has been advised that her current vehicle is in need of repairs that will run several thousand dollars. The replacement vehicle is necessary to provide transportation to and from work.

6. The only security for the new debt will be the vehicle that will be purchased.

7. The loan amount is reasonable.

8. In the event that the court approves the financing of the vehicle, the debtor will file an Amended Chapter 13 Plan to surrender the vehicle that is being provided for in the plan.

**Wherefore**, debtor respectfully requests that the court enter an order allowing the debtor to incur debt in the form of financing the purchase of the 2020 Mitsubishi Outlander.

Dated: March 18, 2020

**McDonald Law Offices, PLLC**

*James R McDonald*
/s/ JRM
James R. McDonald, Jr.
Attorney for Debtors

Copy of the foregoing mailed this
Date: March 18, 2020 to:

Edward J. Maney
101 N. First Avenue, Suite 1775
Phoenix, AZ 85003
Chapter 13 Trustee

By /s/ JRM