

**Mark MITSUBISHI**

VEHICLE BUYERS ORDER
1901 E. Bell Rd.
Phoenix, Arizona 85022
(602) 283-5100
www.markmitsu.com

PURCHASER'S NAME: CATHY ROSS (PRINT OR TYPE)

STOCK NO. 14912
DATE: 03/15/20

PLEASE ENTER MY ORDER FOR ONE 2020 MITSUBISHI OUTLANDER SPORT [XX] NEW [ ] USED [ ] DEMO AS FOLLOWS:

| MAKE | MODEL | COLOR | TYPE | YEAR |
|---|---|---|---|---|
| MITSUBISHI | OUTLANDER SP | SUNSHINE ORANGE META | ES 2WD | 2020 |

VEHICLE IDENTIFICATION NUMBER: JA4AP3AU9LU001917
MILEAGE: 5
TO BE DELIVERED ON OR ABOUT: 03/15/20

| Description | Amount |
|---|---|
| CASH PRICE OF VEHICLE | 19,999.00 |
| VIP Program | 99.00 |
| | 0.00 |
| | 0.00 |
| N/A | N/A |
| N/A | N/A |
| N/A ALARM | N/A |
| N/A PAINT | N/A |
| MISC. FINISH | XX |
| TOTAL | 20,098.00 |
| PRICE OF CAR AFTER EQUIPMENT CHANGE | 20,098.00 |
| LESS TRADE ALLOW. | N/A |
| TAXABLE TOTAL | 20,098.00 |
| DOC. FEE | 598.00 |
| SALES TAX | 1,698.13 |
| LICENSE FEE | 513.60 |
| TOTAL DUE | 22,907.73 |
| PAYOFF ON TRADE | N/A |
| TOTAL DUE | 22,907.73 |
| CASH DOWN RECEIPT NO. | N/A |
| | 0.00 |
| MBI | N/A |
| BALANCE DUE | 22,907.73 |

Handwritten: Interest Rate 17%
72 x $510

LICENSE 450.00 TRANSFER 8.75 TITLE 4.00 REGISTRATION 1st 85

**Mark Mitsubishi Phoenix**
Text / Call (602) 829-0349
Main: (602) 283-5100
Fax: (623) 934-1113
dave@markmitsu.com
David Collier
Internet / Fleet Director

**#1 In Sales and Customer Satisfaction**
markphx.com
Mark Mitsubishi Phoenix
1901 E Bell Road
Phoenix AZ 85022
Email Documents:
finance@markphx.com
Text / Call (602) 829-0349
Main: (602) 283-5100
Fax: (623) 934-1113
dave@markmitsu.com

EXHIBIT A

hereof comprises the complete and exclusive statement of the terms of the agreement relating to the subject matters covered hereby. This Order is not binding until accepted by Seller and, if a time sale, (1) appropriate financing disclosures are made and (2) a retail installment sale contract and purchase money security agreement ("Contract") is executed. Until a time sale Order becomes binding, Purchaser may cancel it and recover any deposit made. The Contract and this Order shall be subject to cancellation by Seller unless and until approval of the Contract is given by a bank or finance company willing to purchase the Contract from Seller.

*LIMITATIONS/EXCLUSIONS OF PRODUCT WARRANTIES*

*(a) For "new" vehicles: (1) If the vehicle is purchased for personal use, Seller makes no implied warranty of merchantability or of fitness for any particular purpose unless Seller also gives Purchaser a written warranty, on its own behalf, with respect to the Vehicle, or, at the time of the sale or within 90 days thereafter, Seller enters into a service contract with Purchaser which applies to the vehicle. In that event, any implied warranties arising from the sale of the vehicle shall be limited to duration of Seller's written warranty or service contract; (2) if the vehicle is purchased for commercial use, Seller makes no implied warranty of merchantability or of fitness for any particular purpose. The vehicle is sold to Purchaser AS IS, except for any express warranties made by Seller, on its own behalf, or by the manufacturer of the Vehicle or of any component parts. (3) In all cases, Seller shall not be liable for any consequential damages arising from any breach of any warranty, express or implied.*

For "used" vehicles:

(1) USED CAR IMPLIED WARRANTY OF MERCHANTABILITY:
THE SELLER HEREBY WARRANTS THAT THE VEHICLE WILL BE FIT FOR THE ORDINARY PURPOSES FOR WHICH THE VEHICLE IS USED FOR 15 DAYS OR 500 MILES AFTER DELIVERY, WHICHEVER IS EARLIER, EXCEPT WITH REGARD TO PARTICULAR DEFECTS DISCLOSED ON THE FIRST PAGE OF THIS AGREEMENT. YOU (THE PURCHASER) WILL HAVE TO PAY UP TO $25.00 FOR EACH OF THE FIRST TWO REPAIRS IF THE WARRANTY IS VIOLATED.

(2) WAIVER OF USED CAR IMPLIED WARRANTY OF MERCHANTABILITY:
ATTENTION PURCHASER: SIGN HERE ONLY IF THE DEALER TOLD YOU THAT THIS VEHICLE HAS THE FOLLOWING PROBLEM(S) AND THAT YOU AGREE TO BUY THE VEHICLE ON THOSE TERMS:

(2) RENUNCIA DE UN CARRO USADO QUE IMPLICA UNA GARANTIA DE MERECARTIL:
ATENCION COMPRADOR: FIRME AQUI SOLAMENTE SI EL VENDEDOR LE HA DICHO QUE EL VEHÍCULO TIENE EL SIGUIENTE PROBLEMA(S) Y QUE USTED DE ACIERTO DE COMPRA EL VEHÍCULO BAJO ESTOS TÉRMINOS:

1. _____
2. _____   Buyer (Comprador)
3. _____   Buyer (Comprador)

*(2) If the Vehicle is purchased for personal use, Seller makes no implied warranty of fitness for any particular purpose, and the implied warranty of merchantability is limited to 15 days or 500 miles after delivery, whichever is earlier, as set forth above. Unless Seller also gives Purchaser a written warranty, on its own behalf, with respect to the Vehicle, or at the time of the sale or within 90 days thereafter, Seller enters into a service contract with Purchaser which applies to the Vehicle. In that event, any implied warranties arising from the sale of the Vehicle shall be limited to the duration of Seller's written warranty or service contract, if the vehicle is purchased for commercial use. Seller makes no implied warranty of fitness for any particular purpose, and the implied warranty of merchantability is limited to 15 days or 500 miles after delivery, whichever is earliest. In all cases, Seller shall not be liable for any consequential damages arising from any breach of any warranty, express or implied, except for a breach of the implied warranty of merchantability.*

(3) The vehicle is sold "AS IS -- NOT EXPRESSLY WARRANTED OR GUARANTEED" unless Seller gives Purchaser a separate written instrument showing the terms of any warranty or service contract given by Seller on its own behalf. If the vehicle is purchased for personal use, Seller makes no implied warranty of fitness for any particular purpose, and the implied warranty of merchantability is limited to 15 days or 500 miles after delivery, whichever is earlier, as set forth above, unless Seller also gives Purchaser a written warranty, on its own behalf, with respect to the Vehicle, or, at the time of the sale or within 90 days thereafter, Seller enters into a service contract with Purchaser which applies to the Vehicle. In that event, any implied warranties arising from the sale of the vehicle shall be limited to the duration of Seller's written warranty or service contract. If the vehicle is purchased for commercial use, Seller makes no implied warranty of fitness for any particular purpose, and the implied warranty of merchantability is limited to 15 days or 500 miles after delivery, whichever is earlier. In all cases, Seller shall not be liable for any consequential damages arising from any breach of any warranty, express or implied, except for a breach of the implied warranty of merchantability.

Purchaser, by execution of this Order, represents that Purchaser is of legal age or older and acknowledges that Purchaser has read its terms and conditions and has received a true copy of this Order.

NOTICE: WHERE THE DEALER ARRANGES FINANCING, THE DEALER MAY RECEIVE A PORTION OF THE "FINANCE CHARGE" FROM THE LENDER.

FINANCE MNGR
_____
SALESMAN
Approved _____
THIS ORDER IS NOT VALID UNLESS SIGNED AND ACCEPTED BY SELLER.

By _____

Signed: _____ PURCHASER
Address: 2005 E ANDERSON DRIVE
         PHOENIX, AZ 85022

Phone (Res): (602) 566-7556    (Bus.) (602) 566-7556

902-17316 a.d.s. 602.971.2538