James R. McDonald, Jr.
State Bar Number 013604
**McDonald Law Offices, PLLC**
1907 E. Broadway Road, Suite 1
Tempe, AZ 85282-1768
480-968-3100
Fax 480-968-7910
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT, DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>Cathy Ross,<br><br>            Debtor. | Case No. 2:20-bk-01141-DPC<br><br>Chapter 13<br><br>**NOTICE OF LODGING ORDER** |

1  Notice is provided that counsel for debtor has lodged the attached ORDER ALLOWING

2  DEBTOR TO INCUR DEBT.

3  Dated: April 14, 2020                                          **McDonald Law Offices, PLLC**

*[signature: James McDonald]*

/s/ JRM
James R. McDonald, Jr.
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF ARIZONA

In re:

Cathy Ross,

Debtor.

Chapter 13

Case No. 2:20-bk-01141-DPC

**ORDER ALLOWING DEBTOR TO INCUR DEBT**

Upon motion of debtors, and proper cause appearing,

**IT IS ORDERED** allowing the debtor to incur debt in the form of financing the purchase of the 2020 Mitsubishi Outlander.

SIGNED AND DATED ABOVE.